**No. 46626.**—Protests 62554–K, etc., of Brown & Kruger et al. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

**No. 46627.**—Protests 696764–G, etc., of Tastyeast Co. (New York).

Opinion by KEEFE, J. At the trial plaintiff sought to establish that the yeast in question is the same in all material respects as the brewers' yeast involved in Abstract 41736, therein held free of duty under paragraph 1669. On the record presented, however, the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action. The protests were therefore overruled.

**No. 46628.**—Protests 861747–G, etc., of Kraft Phenix Cheese Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, NOVEMBER 27, 1941

**No. 46629.**—Petition 6197–R of Carson, Pirie, Scott & Co. (Chicago).

Opinion by CLINE, J. The petition was dismissed.

BEFORE THE FIRST DIVISION, NOVEMBER 28, 1941

**No. 46630.**—Protests 989266–G, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46631.**—Protests 811384–G, etc., of Strauss-Eckardt Co. et al. (Baltimore, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46632.**— Protests 26849–K, etc., of Francobel Imptg. Co. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.